**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2005-SD1, Mortgage Pass-Through Certificates, Series 2005-SD1, <br> **Plaintiff,** <br> vs. <br><br> Carolyn Jean Bolling, Don E. Pettis, <br> **Defendants.** | Case No: 1:13-cv-415 <br><br> Judge: Samuel Der-Yeghiayan |

## MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES the Plaintiff, Deutsche Bank National Trust Company as Trustee for GSAMP Trust 2005-SD1, Mortgage Pass-Through Certificates, Series 2005-SD1, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. Attached please find Plaintiff's Affidavit of Prove-up attached hereto as Exhibit 1.

2. Attached please find Plaintiff's Certificate of Prove-up of Foreclosure Fees and Costs attached hereto as Exhibit 2.

WHEREFORE, Plaintiff respectfully requests that its Motion for Entry of Judgment of Foreclosure be Granted, that this Court enter a judgment of foreclosure in favor of Plaintiff, enter an award of $156,213.34 as of September 17, 2013, with interest accruing on the unpaid principal balance at $17.43 per day, plus attorney's fees and foreclosure costs of $1,247.50, incurred by the Plaintiff as a result of the foreclosure, and all other relief just and proper.

Respectfully submitted,
*/s/ Megan Christine Adams*
Megan Christine Adams ARDC#6312221
Potestivo & Associates, P.C.
223 West Jackson Blvd, suite 610
Chicago, IL 60601
(312)263-0003